UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S. and D.H., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>  v.<br><br>MED-DATA, INC.,<br><br>                    Defendant. | CASE NO. 2:21-cv-01059-LK<br><br>ORDER GRANTING DEFENDANT'S MOTION RE FORUM NON CONVENIENS |

      This matter comes before the Court upon Defendant Med-Data, Inc.'s Motion re Forum Non Conveniens. The Court has reviewed the following materials:

    1. Defendant Med-Data, Inc.'s Motion re Forum Non Conveniens, Dkt. No. 21;

    2. Declaration of Ralph H. Palumbo in Support of Defendant's Motion re Forum Non Conveniens, Dkt. No. 22;

    3. Declaration of Thomas J. Birchfield in Support of Defendant's Motion re Forum Non Conveniens, Dkt. No. 23;

4. Plaintiffs M.S. and D.H.'s Response in Support of Defendant Med-Data, Inc.'s Motion re Forum Non Conveniens, Dkt. No. 27;

5. Defendant's Reply in Support of Defendant Med-Data, Inc.'s Motion re Forum Non Conveniens, Dkt. No. 28.

Based on the submissions of the parties, the applicable law, and the parties' agreement that this case should be transferred, Defendant's Motion re Forum Non Conveniens is GRANTED. This case shall be transferred to the United States District Court for the Southern District of Texas.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

IT IS SO ORDERED.

Dated this 14th day of January, 2022.

Lauren King
United States District Judge